# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jim Walden
Direct: +1 212.351.2300
Fax: +1 212.351.5300
JWalden@gibsondunn.com

September 10, 2013

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   USA v. Molly Bloom, 1:13-cr-00268-JMF

Dear Judge Furman:

We respectfully submit this letter on behalf of our client, Molly Bloom, to request the Court's permission for Ms. Bloom to travel to Miami, Florida from September 20 through September 22, 2013, to attend the 30th birthday of one of her closest friends, whose family will be throwing a celebratory dinner in Miami. If permitted to attend, Ms. Bloom would provide the details of her travel and hotel arrangements to her Pretrial Services Officer. This is Ms. Bloom's first request for relaxation of her bail conditions. Both the Government (by AUSA Joshua Naftalis) and Pretrial Services (by Officer Josh Rothman) consent to this request.

Thank you for your time and attention to this matter.

Sincerely,

Jim Walden

JAW/al

cc: AUSA Joshua Naftalis
    PTS Officer Joshua Rothman

Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich • New York
Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.