```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v. -                       :   GOVERNMENT'S FORFEITURE
                                     :   BILL OF PARTICULARS
ALIMZHAN TOKHTAKHOUNOV,               :
    a/k/a "Taiwanchik,"              :   13 Cr. 268 (JMF)
    a/k/a "Alik,"                    :
VADIM TRINCHER,                      :
    a/k/a "Dima,"                    :
ANATOLY GOLUBCHIK,                   :
    a/k/a "Tony,"                    :
MICHAEL SALL,                        :
STAN GREENBERG,                      :
    a/k/a "Slava,"                   :
ILLYA TRINCHER,                      :
HILLEL NAHMAD,                       :
    a/k/a "Helly,"                   :
JOHN HANSON,                         :
NOAH SIEGEL,                         :
    a/k/a "The Oracle,"              :
JONATHAN HIRSCH,                     :
ARTHUR AZEN,                         :
DONALD MCCALMONT,                    :
DMITRY DRUZHINSKY,                   :
    a/k/a "Dima,"                    :
    a/k/a "Blondie,"                 :
ALEXANDER ZAVERUKHA,                 :
    a/k/a "Sasha,"                   :
ALEXANDER KATCHALOFF,                :
    a/k/a "Murushka,"                :
ANATOLY SHTEYNGROB,                  :
    a/k/a "Tony,"                    :
ILYA ROZENFELD,                      :
PETER SKYLLAS,                       :
RONALD UY,                           :
NICHOLAS HIRSCH,                     :
BRYAN ZURIFF,                        :
MOSHE ORATZ,                         :
KIRILL RAPOPORT,                     :
DAVID AARON,                         :
    a/k/a "D.A.,"                    :
JUSTIN SMITH,                        :
ABRAHAM MOSSERI,                     :
```

```
WILLIAM EDLER,                          :
PETER FELDMAN,                          :
EUGENE TRINCHER,                        :
EDWIN TING,                             :
   a/k/a "Eddie,"                       :
MOLLY BLOOM,                            :
WILLIAM BARBALAT,                       :
YUGESHWAR RAJKUMAR,                     :
   a/k/a "Mateo Hermatte," and          :
JOSEPH MANCUSO,                         :
   a/k/a "Joe the Hammer,"              :
                                        :
            Defendants.                 :
                                        :
- - - - - - - - - - - - - - - - - - - -x
```

Pursuant to United States v. Grammatikos, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Twenty-Seven of the Indictment, as alleged in the Forfeiture Allegations and/or the Substitute Assets Provisions in the Indictment, includes but is not limited to the property listed in the schedule attached hereto as Schedule A.

Dated:  New York, New York
        October 4, 2013

                                    Respectfully Submitted,

                                    PREET BHARARA
                                    United States Attorney


                              By:  _____/s/_____
                                   ALEXANDER J. WILSON
                                   Assistant United States Attorney
                                   One St. Andrew's Plaza
                                   New York, New York 10007
                                   Telephone: (212)637-2453

## Schedule A

1. $506,100.00 in United States currency seized from 34-36 10th Street, Apartment #6W, New York, New York on April 16, 2013;

2. $2,171.00 in United States currency seized in the vicinity of Santa Monica Boulevard and Canon Drive in Beverly Hills, California on April 16, 2013;

3. $77,477.00 in United States currency seized from 721 5th Avenue, Apartment #63AB, New York, New York on April 16, 2013;

4. $7,800.00 in United States currency seized in front of 1500 Blue Jay Way in Los Angeles, California on April 16, 2013;

5. $3,282.00 in United States currency seized from 147 Lexington Avenue, 1st Floor, New York, New York on April 16, 2013;

6. $10,000.00 in United States currency seized from 147 Lexington Avenue, PH3, New York, New York on April 16, 2013;

7. One Black 2012 Porsche Cayenne bearing VIN # WP1AC2A22CLA83164 seized in the vicinity of Santa Monica Boulevard and Canon Drive in Beverly Hills, California on April 16, 2013;

8. 1,550 Euros valued at approximately $2,023.47 in United States currency seized from 721 5th Avenue, Apartment #63AB, New York, New York on April 16, 2013;

9. 120 Assorted Bellagio and Aria Casino Poker Chips (35 $5,000 chips and 85 $25,000 chips) valued at a total of approximately $2,300,000.00 in United States currency seized from 721 5th Avenue, Apartment #63AB, New York, New York on April 16, 2013;

10. 17 $50.00 Liberty fine gold .999 coins and 50 pieces of 1 oz. fine gold .999 ingots valued at a total of approximately $93,075.00 in United States currency seized from 721 5th Avenue, Apartment #63AB, New York, New York on April 16, 2013;

11. Miscellaneous jewelry and precious items seized from 721 5th Avenue, Apartment #63AB, New York, New York on April 16, 2013;

12. Miscellaneous Jewelry seized from TD Bank Branch 781, 1400 Palisade Avenue, Safe Deposit Box #141, Fort Lee, New Jersey on April 16, 2013 held in the name Anatoly and Yelena Golubchik;

13. Miscellaneous jewelry seized from 426 Deisius Street, Staten Island, New York on April 16, 2013;

14. Various collectible coins seized from 426 Deisius Street, Staten Island, New York on April 16, 2013;

15. 11 Bellagio Casino Chips (8 $25,000 chips and 3 $5,000 chips) valued at a total of approximately $215,000.00 in United States currency seized from Bellagio Resort and Casino, 3600 South Las Vegas Boulevard, Safe Deposit Box #3110, Las Vegas, Nevada on May 15, 2013 held in the name of Abraham Mosseri; and

16. $30,000.00 in United States currency seized from Bellagio Resort and Casino, 3600 South Las Vegas Boulevard, Safe Deposit Box #3110, Las Vegas, Nevada on May 15, 2013 held in the name of Abraham Mosseri.