# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Jim Walden
Direct: +1 212.351.2300
Fax: +1 212.351.5300
JWalden@gibsondunn.com

December 19, 2013

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, NY 10007

Re:   *USA v. Molly Bloom*, Case No.1:13-cr-00268-JMF

Dear Judge Furman:

Please accept this letter on behalf of our client, Molly Bloom, which serves to respectfully request an extension of two (2) weeks to schedule Ms. Bloom's interview with the Probation Department. During Ms. Bloom's plea hearing on Thursday, December 12, 2013, Your Honor requested that defense counsel arrange the interview within two weeks from the date of the plea hearing. In light of the upcoming holidays, we respectfully request an additional two weeks to schedule the interview.

We have spoken to AUSA Joshua Naftalis and he offers no objections.

Respectfully,

*[signature]*

Jim Walden

JAW/al