USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA          :   CONSENT PRELIMINARY ORDER
                                  :   OF FORFEITURE/
            -v.-                  :   MONEY JUDGMENT
                                  :
MOLLY BLOOM,                      :   13 Cr. 268 (JMF)
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about April 11, 2013, MOLLY BLOOM (the "defendant"), was charged in a twenty-seven-count Indictment, 13 Cr. 268 (JMF) (the "Indictment") with illegal gambling, in violation of 18 U.S.C. §§ 1955 and 2 (Count Twenty); and violating the travel act, in violation of 18 U.S.C. §§ 1952 and 2 (Count Twenty-Seven);

WHEREAS, on or about December 12, 2013, the defendant pled guilty to Count Twenty of the Indictment, pursuant to a plea agreement with the Government wherein she agreed to forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense, and pursuant to 18 U.S.C. § 1955(d), any property, including money, used in such violation, including but not limited a sum of money equal to $125,000 in United States currency; and

WHEREAS, the defendant consents to the imposition of a money judgment in the amount of $125,000 in United States currency, representing property constituting or derived from proceeds obtained

directly or indirectly as a result of the offense charged in Count Twenty and property, including money, used in such violation;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney, Preet Bharara, United States Attorney, Assistant United States Attorneys Joshua A. Naftalis and Harris M. Fischman, of counsel, and the defendant, and her counsel, Jim Walden, Esq. that:

1. As a result of the offense charged in Count Twenty of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $125,000.00 in United States currency (the "Money Judgment") shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, this Order is final as to the defendant, MOLLY BLOOM, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Payment on the Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrew's Plaza, New York, New York 10007, and shall indicate the defendant's name and case number.

4. Upon execution of this Consent Preliminary Order of Forfeiture/Money Judgment, and pursuant to 21 U.S.C. § 853, the United States Marshals Service shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Sharon Cohen Levin, Chief of the Asset Forfeiture Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

8. The signature page of this Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By: ___/s/ Joshua A. Naftalis/___  12/12/13
JOSHUA A. NAFTALIS            DATE
HARRIS M. FISCHMAN
Assistant United States Attorneys
One St. Andrew's Plaza
New York, NY 10007
T: (212)637-2310/2305

MOLLY BLOOM, DEFENDANT

By: ___/s/ Molly Bloom___  12/12/13
MOLLY BLOOM                DATE

By: ___/s/ Jim Walden___  12/12/13
JIM WALDEN, ESQ.         DATE
Gibson, Dunn & Crutcher, LLP (NY)
200 Park Avenue, 48th Floor
New York, NY 10166
T: (212)-351-2300

SO ORDERED:

___/s/ Jesse M. Furman___  12-12-13
HONORABLE JESSE M. FURMAN  DATE
UNITED STATES DISTRICT JUDGE

4