UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                       :

UNITED STATES OF AMERICA,                 :

        -v-                                      :         13 Cr. 268 (JMF)

ALIMZHAN TOKHTAKHOUNOV, et al,    :         REVISED
                                                  :        SCHEDULING ORDER
                Defendants.                  :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2014

JESSE M. FURMAN, District Judge:

      IT IS HEREBY ORDERED that the pretrial conference in this matter, previously scheduled for March 13, 2014 at 3:00 pm, is RESCHEDULED for **March 12, 2014** at **2:45 pm** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

      SO ORDERED.

Dated: February 11, 2014
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge