```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA                      :
                                              :
v.                                            :      13 Cr. 268 (JMF)
                                              :
ALIMZHAN TOKHTAKHOUNOV et al.,                :      ORDER
                                              :
                  Defendants.                 :
                                              :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/11/2014

JESSE M. FURMAN, United States District Judge:

      The Court has received inquiries from Defendants who have pleaded guilty in this case as to whether their attendance is required at the pretrial conference scheduled for March 12, 2014, at 2:45 p.m.  To avoid any ambiguity: Such Defendants need not appear.  Only those Defendants whose guilt has not yet been adjudicated are required to appear at the conference.

      SO ORDERED.

Dated: March 11, 2014
       New York, New York

_____
JESSE M. FURMAN
United States District Judge