```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/25/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
UNITED STATES OF AMERICA                                            :
                                                                    :
            -v-                                                      :        13 Cr. 268-31(JMF)
                                                                    :
MOLLY BLOOM,                                                        :        SCHEDULING ORDER
                                                                    :
                              Defendant.                            :
                                                                    :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        It is hereby ORDERED that sentencing in this matter, presently scheduled for **April 30,**

**2014**, is ADJOURNED to **May 2, 2014,** at **3:00 pm** in **Courtroom 1105** of the Thurgood

Marshall Courthouse, 40 Centre Street, New York, New York 10007.

        The parties should consult the Court's Individual Rules and Practices for Criminal Cases

(available at http://nysd.uscourts.gov/judge/Furman) for sentencing-related procedures and

practices.  Consistent with the Court's Rules, the defendant's sentencing submission shall be

served two weeks in advance of the date set for sentencing.  The Government's sentencing

submission shall be served one week in advance of the date set for sentencing.  The parties should

provide the Court with one courtesy hard copy of each submission when it is served.  If a party does

not intend to file a substantive sentencing submission, the party should file a letter to that effect.


        SO ORDERED.

Dated: March 25, 2014                          _____
       New York, New York                      JESSE M. FURMAN
                                               United States District Judge