# EXHIBIT A

April 8, 2014

The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Furman:

It was apparent from a very early age that I had an extremely intelligent daughter. She sat through entire books by the age of six months, was a very fast learner and was walking by eight months.  These incredible feats only intensified as she grew.

I wish I could say that Molly's skills helped her navigate her family as well but she dealt with many daunting challenges.  By the time she decided to forego law school and move to LA, she had become quite intent on leaving her earlier life behind.

There are people, things, events that partially define certain periods of our lives. Molly's twenties were a time when she became powerful, where she discovered that she could achieve many of her goals.  She began living the big life she dreamed of. Somehow, however, she began to get lost in that dream.  She made a few mistakes, errors in judgement and things began to spiral out of control.  Finally, when she knew she needed to heal, she came home.

After leaving New York, Molly lived with her grandmother and me for nearly two years, high in the mountains of Colorado and far from her "old life".  This distance carried through to nearly all of the people she had associated with, as well.  Knowing that she was capable of bringing big dreams to fruition, she started formulating plans to create charter schools for girls and opportunities where girls of all ages would be valued for their desire to learn and for the strength of their goals.

My daughter is a blessing in my life and the love and pride I feel for her is immeasurable.  Through these difficult times, I have seen her determination to prevail over adversity, to be of service in this world and to share her incredible spirit with her family and friends.

I believe in Molly with all my heart and am longing to see these issues from her past behind her so she can finally move forward with her new dreams and goals.  I know my daughter...I know her heart and soul...and I know, when given the chance, she will do amazing things.

Respectfully,

Char Bloom

# EXHIBIT B

*Larry J. Bloom, Ph.D.*

*Licensed Clinical Psychologist (CO #500)*

*Fort Collins, CO*

The Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 100067

April 2, 2014

Dear Judge Furman:

This is not a letter that I ever expected to write in my lifetime but life has a way of presenting the unexpected to all of us and we do the best we can.

My name is Larry Bloom and Molly is my daughter. I am writing to share my thoughts about her. I hope to do this in a fair, honest and balanced way although I am not sure that I can be completely impartial considering the gravity of this situation and the love I have for my daughter. In the ensuing paragraphs I would like to tell you a little about Molly. I hope to shed some light on relevant background, personality, and character.

Molly is the oldest of three children. Her two brothers were born several years apart from her and one another. Her mother and I balanced one another by creating a nurturing but achievement oriented early socialization for all of the children. I was the one who pushed success in all phases of academic and non-academic performances while her mother modeled caring and love for all people.

Molly was very strong willed. She was intellectually and socially gifted as well as being a deep feeling young child. She was achievement oriented and desired to

excel in everything. She had to be the "best" and decided at an early age that she was going to make a difference in her life.

As the years progressed Molly and her brothers all demonstrated their set of unique talents. All three were wonderful freestyle mogul skiers but Molly's career hit a gigantic challenge. When she was a young adolescent she developed a significant scoliosis of the thoracic spine. A surgical procedure fused 10 vertebrae and her surgeon told her that her skiing career was over. The strong willed little girl, and now the strong willed adolescent decided that the surgeon was wrong and went on to become a member of the U.S. Development Ski team. She was going to make an impact in spite of the odds against her.

Besides her will, Molly has demonstrated a sensitivity and compassion throughout her life. She cares about people a great deal. She has been a very generous girl sharing her time and making efforts to be there for her friends as well as people less fortunate than herself.

I do believe that the evolution of Molly's involvement in the world of poker was in part, stimulated by the dynamics in the family which were very competitive and oriented toward high achievement. Her brothers were prodigies in their own right. Jordan went on to medical school and now is a senior resident in surgery at Harvard's Massachusetts General Hospital. He will go on to become an academic cardiothoracic surgeon. Jeremy is a former two- time Olympian, three time world champion skier, former All-American college football player, former NFL player, creator of Wish of A Lifetime granting wishes to seniors, and now CEO of his own company. Living in Los Angeles and struggling, Molly was presented with the opportunity to coordinate a poker game for wealthy individuals. She became friends with well-known people, and became known herself as someone important. It all seemed very innocent to her in the beginning but like so many innocent pursuits it became more complicated and involved. She became intoxicated with the culture, the lifestyle, and the "tips". She became enamored with the company she kept. The experience made her feel important and successful. For a while, she lost herself. She lost the important foundations of her life. For Molly, the world of poker ended several years before her indictment after life presented her with unexpected challenges including intimidation from thugs looking to scare her or worse.

I am confident that many lessons have been learned by my daughter. She has suffered a great deal for her actions and the toil it has taken on herself and her family. She now is able to see her culpability and what motivated her to make decisions during these years. She is committed to using her experience, skills, intelligence, and her strong will, to help young girls see futures for them in the business world. She is committed to using her contacts and their influence and finances to create programs to help young women acquire skills and cultivate entrepreneurial pursuits. She is passionate about this idea and knows it has been born by the corrective emotional experience catalyzed by the life in poker and the circumstances that has brought all of us to this sentencing hearing.

In closing, I would be grateful if you would consider my comments and the comments of others who are writing. I would be grateful if you are able to consider the recommendations of the district attorney and the probation evaluation and report. It is my hope that you are able to see the good in Molly and to recognize that for a time, she lost her way and suffered many consequences beyond anything that was legally imposed. And, finally, it is my strongest hope that you can see how she has the ability and talent to be a productive member of society. This experience really has fueled her desire to be special and impactful in a positive way. Like many of us, she had to be there to get where she is now.

Sincerely,

Larry J. Bloom

# EXHIBIT C

The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Furman,

I am writing this letter on behalf of my sister, Molly Bloom.  My name is Jordan Bloom and I am one of Molly's younger brothers.  Growing up, Molly had the need to make discoveries on her own and to succeed at everything she did.  She was driven to perform well academically, athletically, personally and socially. Throughout my life I have experienced Molly to be kind, caring, altruistic, humble and selfless.  Countless times when I needed her for support she has always been there for me. In fact, she has always serviced as a counselor to her friends and family.   In your practice I am sure you are quite used to seeing people in front of you that have done terrible things who claim no responsibilities or culpability for their actions.  This is not the case with Molly.  I strongly believe that she has accepted her mistakes and is prepared to do what is necessary to move past this part of her life and to make a significant positive impact on society.   She has spent much time talking with me about how desperately she wants to move past this situation.  Molly is prepared that there may be consequences for her actions imposed on her by the Court however I want you to know that she has already dealt with significant personal consequences for her behavior and actions.  I strongly feel that she has grown to a very different place in her life and is prepared to contribute to society in a very positive way. Additionally I hope you find Molly to be genuine and conclude that significant mandated punishment is not warranted in this situation. I greatly appreciate your time and consideration.

Respectfully,

Jordan P. Bloom, MD
Department of Surgery
Massachusetts General Hospital
Harvard Medical School

# EXHIBIT D

The Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 100067


April 2, 2014


Dear Judge Furman:


My sister saved Mille's life. Perhaps a small gesture, after all it was just a bird, but the

story accurately describes the nurturing heart and caring demeanor of my sister. Mille

flew into our backyard window when my sister was twelve years old. I was playing video

games and heard this huge thud outside and saw my sister run out back to see what had

happened. She took the bird in and nursed it back to health. When Mille was healthy

enough to enter back into the world my sister set her free only to find out that Mille

wasn't interested in leaving her side. For many years, Mille was a wild bird who would

often come back to the house to visit Molly. It was one of the strangest things that I have

ever seen.. but the truth is my sister has a similar effect on most of the people that she

touches in this world.

Molly taught me from a young age how to respect and appreciate all living things. She

has an intense love for her family and friends and is the type of person that would do

anything for them. She also has one of the highest EQ's out of any person that I have ever

met. Socially she is brilliant. Ten years ago she found herself in a situation where she

could make a ton of money and she use her social intelligence to create an exclusive

venue where passionate poker players could hone their skills. I don't think at the time she

had any idea how big the game would become and how dangerous tentacles formed out of her efforts. In the beginning it seemed innocent enough, entrepreneurial even. However, with each passing year she seemed to grow more distant from her old friends, values and even our family.

Over the last two years, I have seen her transform back into the sister that I knew growing up. She is more focused on doing good in the world and using her EQ ability to make the world a better place for young girls.

I have no doubt that once the sky clears and the clouds of her poker past dissolve, she is going to create a meaningful legacy for herself. She has traded the sketchy poker social circles in for those filled with philanthropists, entrepreneurs and moral friends and family. My sister has learned the hard way that it is not what you gain in life that's important, it's what you give back to the world. She will be a superstar for all the right reasons.

Jeremy Bloom

Founder
Wish of a Lifetime

# EXHIBIT E

The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Furman,

My name is Alison Kay and I am Molly Bloom's best friend.  I live in
Beverly Hills with my fiancé and our three children, my two
stepchildren and our son Leon. I first met Molly in 2006 when she was
dating a friend of my fiancé's. I had recently graduated from Columbia
University and moved from New York to Los Angeles. Upon
encountering Molly, I remember feeling so delighted to have met an
intelligent, enterprising woman with whom I connected
instantaneously.

Molly and I immediately entered into a conversation about my business
and thereafter Molly explained to me what she did for a living. Needless
to say, I found her story fascinating. From then on I learned more and
more about "Molly's world": the poker games, money and power.
However, the more well-acquainted I became with Molly, the more I
realized she was an incredibly kind-hearted, intuitive, down-to-earth
woman who, by a matter of circumstance, entered an intoxicating vortex
of big money and power- the kind that was pretty unprecedented for a
woman her age- and simply got stuck. Molly had done a fantastic job of
building her poker game into an impressive business: she was proud of
her success, and devoted to her craft, just like any other passionate
entrepreneur.

I don't plan to talk about myself in this letter, but the one thing that's
important for you to note for purposes of context, is that I am an
excessively compliant, rule-following, people-pleasing, goodie-goodie to
the core. I can confidently say I always do the "right thing". I am the first
one to sit a friend down and have a talk with them if I see them
venturing into dangerous or otherwise questionable territory. Molly
assured me that the poker games she hosted were legal because of the
arbitrary nature of her compensation, i.e. it came to her in the form of

random gratuity. After doing a little research to reinforce my comprehension, I took her word for it. I even went to check out her game once or twice to make sure all was kosher and I did not see anything but a bunch of guys and a card dealer at a poker table, telling stories, while quite enveloped in the game, with Molly observing from the sidelines. There were women refilling drinks when glasses ran low, but that was the extent of it. No prostitution, no drugs, no aggressive behavior at all whatsoever.

Molly is a special person. She is unbelievably intuitive, compassionate, strong-willed, competent and confident. She is smart and she knows it. Molly is also a loving caregiver. She has taken the most impeccable care of her dog and life-mate, Lucy, since the day she got her. Lucy and Molly have been through everything together and Molly treats her like a child.

I trust Molly completely and wholeheartedly. I traveled to Aspen for a wedding with my son when he was only one-year-old and I brought Molly along to babysit him while I had to be at all of the wedding events. Molly was so amazing with Leon- completely gentle, thoughtful and fun- that he didn't fuss at all while he was with her and she was even able to rock him to sleep (and Leon is the type of kid who will be extremely vocal if he doesn't like something).

I know with the utmost confidence that Molly never envisioned her life descending into the frightening abyss where it lies today. Her world has been completely upended. She went from being an impressive, proud entrepreneur to a felon with all of her money and belongings stripped out from under her. She has felt the pain of going from a fiercely independent woman to a dependent gypsy. This process has certainly broken her heart, but her will and spirit are intact and I know she will overcome this difficult time in her life. There is no doubt in my mind that Molly will emerge from this time with a promising career and a beautiful family. She will be an incredible mother one day.

In fact, Molly has been working for me at my apparel development and manufacturing company for the past six months or so. It was perfect timing to invite her on board because my business partner was pregnant and due to take her maternity leave beginning of March. Molly has completely risen to the occasion and takes the job very seriously.

She doesn't scoff at even the most menial of tasks she is asked to accomplish. It has become abundantly clear to me that, with the profound humility and wisdom she gained through her fall from grace as her guide, Molly is ready to make her mark on the world professionally.

If there's one anecdote from Molly's life that most aptly describes the strength of her character, it is the story of her being diagnosed with severe scoliosis at age 12, having two metal rods implanted in her back, eight vertebrae fused, being told she would never be able to ski even though she was being raised in Colorado, and then going on to not only ski but to be invited onto the U.S. Ski Team.

Molly is an exceedingly good person and she is a winner. I ask that you let her put this poker past behind her once and for all. I know you must issue a punishment that justifiably suits the crime, and I can assure you that Molly has been punished severely already. All of her money and assets were already seized so she has had to lean on friends and family (none of whom have piles of disposable equity lying around) in order to pay her attorneys and make ends meet. Molly is 36 years old and she is ready to close this door completely and move on with her life, start a family and seek happiness and the type of simplicity she has a renewed appreciation for. Molly has learnt her lesson. She has plans to help women in the future and I am looking forward to seeing her apply her creativity, passion and ingenuity toward a charitable endeavor. If you offer Molly punitive compassion, you will not be disappointed.

Respectfully,

Alison Kay

# EXHIBIT F

The Honorable Jess M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
NYC, NY 10007

March 28, 2014

RE: Molly Bloom

Dear Judge Furman,

I have known Molly Bloom for the past ten years. We first met when I was asked to organize a charity poker tournament for then Governor Arnold Schwarzenegger's non-profit for children's education.

While I have a fair amount of resources working to support philanthropic programs, organizing a charity poker tournament was something I knew nothing about. Molly stepped in and helped to organize a remarkably successful fundraising event on behalf of the Governor's charity. Molly refused to take any fee and simply donated months of time in this work. Since that event I've organized several other poker events that ranged from an evening supporting the Global Creative Forum (an event attended by President Bill Clinton and U.N. Secretary General Ban Ki-moon, along with multiple Nobel Laureates and world leaders coming together to address critical global issues). Molly has constantly been a source of support, help and advice in making these projects successful. Again, never asking for accepting any fee at any time.

As I'm sure you are well aware, poker is very much a man's world. A world whose history in Vegas is one that comes with very dark connotations. Oddly, I've spent the last several years working to find ways to legitimize the positive elements of poker and look at ways that the fun and social love of the game can support philanthropy. Poker is a billion dollar business, with tens of thousands of weekly home games across our country. And, Poker, which the court system has established is a game of skill vs. luck, should be legitimized and taxed properly. The only reason this has not happened is the present legal and political battles of who is to ultimately own these licenses and control the profits.

During the past years while I have been working on legal models to have charity poker used in philanthropic fundraising, Molly has been a huge aide. I've actually written a few Huffington Post articles on how poker can change philanthropy and make an enormous positive contribution to our failing youth's mathematical learning. I would suggest the positive elements of Molly's contributions far outweigh the negative, which the court is presently reviewing. When I look at the "dark" side of this world, the on line schemes, and the "legal" battles in Washington and Vegas, it is striking that it is Molly, and not a hundred other individuals who would be in your courtroom.

Over the past few months Molly and I have met many times to talk about other philanthropic programs and for me to try to use my own experience and background to help her focus on what positive effects might come out of her experience. It is overwhelming to see the traumatic effect that the past few years have caused on her life and family. At the same time her ability to be positive, to address any accountability she must take, and her own sense of wanting to learn from the experience are something that makes me very proud of who this exceptional young woman is. Molly is lucky to come from an extremely loving and supportive family who, while they acknowledge and are disappointed in circumstances that have led to today, are deeply aware that the court is seeing a tiny silver of negative behavior in an individual and lifetime of a truly special and wonderful individual.

Molly has always been very committed to philanthropy and social giving and if the court seemed fit to allow her community service time to pay her "debt" I would be more than happy to offer to oversee and work with you on accountability to that end. The truth is there would be no positive outcome to an individual like Molly being incarcerated and there could be exceptionally positive outcome to Molly having the time and commitment to give back to the community. My own company has raised tens of millions of dollars for charity, created billions of media impressions to raise awareness for issues ranging from education to hunger and worked with clients ranging from CARE to the Conservation International to Oxfam.

Molly has the potential to make great contributions to our community on many levels and I know she is passionate about helping to empower and educate young women. In my work with CARE, one of the largest charities in the world, the key focus for all change in addressing major global issues begins with women. In fact CARE has shifted its entire operating budget of over 500 million dollars yearly to focus on this; because while women worldwide often find themselves as victim and prosecuted the reality is that positive change only comes when women are educated, empowered and leading their communities. This is an area that I have focused on a great deal not only through my charity work but as a single, working mother who adopted three girls ---two from the U.S. foster care system and one from an orphanage in Asia. Molly has become truly beloved by my daughters who could also speak to the kindness and warmth of her on a daily basis.

The truth is Molly has gotten a great deal of attention in this case, and through a highly irresponsible media simply because she is a beautiful woman. Clearly she made very serious mistakes. But compared to others, or legal grievances that would justly call for prison time – Molly's specific role and behavior seem to be that of an "example" and "great story". And while Molly must take responsibility for all of her own choices I hope the court has the breath of wisdom and reality to understand that once caught in a highly dominated male world Molly made some choices that we need to help all women have the strength and good judgment as well as strength to walk away. While this does not justify mistakes it is important to also be able to look at a situation honestly in content and understand how one great person made choices that were not consistent with their basic character.

Molly is certainly no threat to society. In fact she is a great asset and has a great deal to offer on multiple levels. Hopefully the court will see those assets and allow Molly the repay her legal debt in a way that creates positive outcome for both the court and our communities.

With best regards,

Kate Moulene

Kate Moulene
Chief Marketing Officer, HDI
Co-Founder, Global Creative Forum

www.outreach3D.com

# EXHIBIT G



United States District Court
Southern District of New York
40 Foley Square
New York NEw York 10007

April,14, 2014

Dear Judge Furman,

I provide this letter in full knowledge of Mrs. Bloom's federal charges.

I've know Mrs. Bloom for over two years now, and from the moment I've met her, her positive influence in my life has impacted me so much, that I am strongly compelled to write this reference letter.

Since I met Molly, she has been one of the few people I have encountered in a social setting that has offered unwavering support and counsel for my non-profit organization, Kitechild. As the Founder of a non-profit organization, we are constantly challenged to find people who are genuinely interested in our mission to sustainably improve the welfare of orphans living in orphanages abroad. Molly has devoted her time on many occasions to guide us in effective fundraising strategies, as well as introduce our organization to strategic partners that have helped us grow as an organization and do more for the children we work for.

In my experience, Mrs. Bloom's integrity stands out far above the norm. I've observed her in many instances go above and beyond what is required from her while working in her position at Keepme. One particular instance that stands out was when she personally took the time to drive far distance to meet with a Keepme client to go over a particular order at the clients home. She did this out of her own initiative, despite being sick and behind on a deadline for one of her personal writing projects.

I know I met Molly post her involvement in the poker world, but I have seen first hand how she has faced her consequences with grace and a determination to rise above her past. Mrs. Bloom's commitment to a new start, and to self-improvement in every aspect of her life is one of the qualities that I most admire about her. As a younger woman, I can't help but look up to her for this. I am confident that the Molly Bloom I know today is a positive influence to our global community and she will continue to use her life to inspire and positively impact those around her.

respectfully,

Pollyanna Salas-Urueña
Founder at Kitechild.

# EXHIBIT H

April 8, 2014

The Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 100067

RE:  **Character Reference – Molly Bloom**

Dear Judge Furman:

My name is Austin Cohen and I am Molly Bloom's first cousin.  I am an attorney in Denver,
Colorado, practicing employment discrimination and civil rights.

Molly and I have been close since we were children.  In Winter 2013, after I graduated law
school, we lived together at her mother's home in Colorado (I was alternating between her
mother and father's homes).  Winter 2013 was an emotional time for me because I was broke and
in debt; the Bar Exam was approaching and I did not have a job.  Molly was also struggling and
as a matter of our circumstances, we spent a lot of time together.  It was during this time that I
saw Molly's compassion and empathy in a different light.

Molly took a very active interest in my life, more so than I had expected.  From pushing me to
send out resumes, to editing cover letters, to doing little things like making sure I was exercising,
she was a very positive influence in my life.  It was apparent that she was approaching life with a
different purpose than she had in the past.

Perhaps the most important lesson that I learned from Molly was the pitfall of materialism
(money, fame etc.).  Molly continuously harped on this point, making it her mission to give me a
better outlook on life.  This valuable advice played a major role in my decision to practice the
type of law that serves the greater good.

When people make mistakes, they can let things continue downhill or they can grow into a better
person.  Molly has done the latter.

Sincerely,

Austin M. Cohen

EXHIBIT I

# STYLEHAUL

The Honorable Jesse Furman
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 100067

April 10, 2014

Dear Judge Furman:

My name is Stephanie Horbaczewski and I am a good friend of Molly Blooms. What may be particularly interesting is our friendship has developed in the time following the matter at hand. Three years ago I moved to LA to found StyleHaul—I was a passionate entrepreneur with no idea what lie ahead. Now three years later StyleHaul is the largest video network in the world for fashion and beauty- we have 4000+ creators in 63 countries that reach 53million unique viewers almost 600 million times a month. Needless to say it has been an incredible journey and while Molly's journey may appear at this time to be very different I believe in many ways it is not and that is why I asked to write this letter to you.

As a JD/MBA I am very aware of the seriousness of this situation and know very well the point of these letters is to make sure you're provided the most complete picture possible in order to help you to make the best decision possible.

I think the story of how I met Molly is an excellent place to start. When I first started my company Molly was well in to her business. It was growing rapidly and as a fellow female entrepreneur I simply had to meet this woman who was able to not only dominate and succeed in an aggressively male environment but whose reputation commanded such respect. It may sound strange now but I admired her for what she had accomplished and wanted to meet a fellow female leader.

It took two years. When I finally met Molly, the empire had fallen, this process was well under way and to say everything had changed would be an understatement. That said, while balancing the incredible stress and trauma of all of the fallout—she had still managed to found and grow a new business in retail clothing and partner in writing a book because of her passion for inspiring women to lead. Like me, Molly is a supporter of mentoring upcoming female entrepreneurs and believes in empowering young girls to not be intimidated by male dominated businesses like she and I ended up in. We believe women leaders must help our younger generation to not let gender or adversity stop them from reaching the top.

I realize how strange this may sound given the details of her current circumstance. But truly gifted and ambitious people are not immune, despite intentions to the opposite, of getting caught up conquering the wrong mountain and I believe with all my heart that is the situation at hand. While this endeavor may have been the wrong path- the powerful and brilliant businesswoman behind it has much more to offer our community and I ask that you see how much she has grown from this experience. Her ambition is unwavering, even in the face of all of this incredible hardship but she has focused her energy on her commitment alongside me and other female CEO's to empower young women and encourage their goals. It is inspiring to watch someone be able to take accountability for their mistakes and still find the strength to stay true to her character and goals. I would really hate for all of these wonderful qualities to be lost on the mistakes of the past and not allow the incredible and inspiring woman she is to use those qualities and passion for a different path.

I am grateful for the opportunity to share with you this glimpse in to the Molly that I know and inspires me and to have you consider my comments in your decision. I hope that my unwavering belief that Molly's future contributions will far outweigh this past mistake was clear and greatly appreciate your time and dedication to consider all of these important elements in your decision.

Best,

Stephanie

Stephanie Horbaczewski
President & CEO

**STYLEHAUL**

Los Angeles, CA

www.youtube.com/stylehaul
www.stylehaul.com
Twitter: @stylehaulsteph

EXHIBIT J

Leopoldo Gout
Film Producer, Casa B Productions @ Radical Media



April 8, 2014

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Furman,

A longtime and very close friend of mine, Molly Bloom, is due to be sentenced in your courtroom in the very near future. With all my respect, I plead with you to sentence her leniently.

I am to a married to a wonderful woman Caitlin Miesen for 14 years and together we have two children, who bring us so much joy. I grew up in Mexico and studied Contemporary Art at Central Saint Martins in London. I have worked from the ground up to build a prosperous business in one of the world's toughest but wonderful cities, New York.

We know Molly since 2008 and ever since then she has being a light in our family.  Her generosity, humanity and spirit have being very special for us. And without a doubt her intelligence has being a beacon to my kids.

I know the toll this ordeal has taken on her and I can tell she has changed. She has completely admitted her wrongdoing and wants to put this behind her, she looks forward to building a future she can be proud of and give back.

Molly is one of the most generous people I have ever met. One time, when my kid was in a hospital due to his diabetes, Molly was trying to drop everything off to help in any way she could including cleaning the house.  Literally.   In the almost two decades I have being working in this wonderful city, I have rarely met friends of this depth.

I humbly thank you for taking the time to consider my letter in respect to your judgment of Miss Bloom.

Sincerely,

Leopoldo Gout
April 8, 2014

# EXHIBIT K

Taylor Phinny

Encinitas, California █████

April 15, 2014

The Honorable Jesse Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Dear Judge Furman,

Thank you for taking the time to read my comments about my dear friend Molly
Bloom. I feel I have a special and soulful perspective on her character. I was blessed
with the opportunity to live with Molly for three years, during which time we were
best friends and inseparable companions. We relied on one another for strength and
support as we navigated life in our early twenties in West Hollywood. During those
years we both grew tremendously as people and experienced several formative life
events. I have yet to experience another friendship in my life comparable to the
deep bond I continue to share with Molly.

Molly has always supported me in being the most authentic version of myself I could
be, encouraging me to follow my heartfelt dreams. She was the first person to tell
me she felt that I was a healer, which was something I could not fathom at the time.
Years later I completed a graduate program in Spiritual Psychology and currently
work as a birth doula supporting women through pregnancy and birth, as well as
working with clients offering healing services and counseling. I honestly feel that
Molly ignited a light of faith and courage in me to follow that path. She saw
something true inside me before I saw it myself. Molly has always been genuinely
interested in what is best for people. She is always there for friends going through a
tough time and supporting them in coming up with creative solutions. She is an
incredibly selfless, caring, and loving friend.

Molly is deeply sensitive and a creative, free spirit. She loves writing poetry and
exploring spiritual ideas. My favorite stories Molly used to tell were of her travels to
Greece, which she fell in love with while studying abroad during her college years.
When she was leaving to return to the states, she called her mother begging her to
allow Molly to bring home a gypsy child she had befriended on the street. It was
heart wrenching for Molly to see children on the street and she would become
emotional even when she told the story. I know Molly feels called to work with
children and young women and has dreams of revisiting Greece and doing charity
work.

When Molly and I lived together she struggled as a cocktail waitress, working in nightclubs around Hollywood. It always felt confusing to me that such a sweet, smart, capable woman would have this sort of job; however, we were young and it supported her and paid her rent while she committed to finding her true purpose. Molly had considered going to law school and that decision was still up in the air at that time. She began working for a Hollywood real estate agent during the day as his assistant and he treated her very badly. She would come home crying daily and tell me the horribly abusive things he would say to her and how inadequate he made her feel. This felt so wrong to me and, as her friend, was painful to witness. We would talk for hours about how to change this dynamic, change her job, and other solutions she could come up with to make a living. It was during the time that we lived together that Molly was introduced to poker. Through her jobs, she was asked to serve drinks at a poker game in a private room at a nightclub. At the time we both thought it sounded fun and glamorous and a welcome relief to serving drinks in loud, crowded nightclubs. I remember her coming home and telling me how nice everyone was and that it was a great, light hearted, relaxing time. She enjoyed doing something different and was interested in learning the game. It was all very innocent. As Molly continued to be present for these games, she befriended the players, and they began to call her to organize them. We both thought this was an incredible opportunity for her as she had struggled so much in the past. These were nice people who treated her well and she felt a sense of acknowledgment and worth for the first time working in Hollywood. I was happy for her and I saw she was happier.

As the poker game grew, I know that Molly remained the same woman on the inside. She wanted to be successful and feel acknowledged for her intelligence. She had spent years desperately seeking her place in the world and felt she had finally figured it out.  She experienced a sense of peace knowing she could provide for herself.

As the stakes became higher, her outer material world began to shift, little by little every day.  I think inwardly she adjusted gradually to her success as well, which made the magnitude of the changes in her life less obvious to her.  When fear and terrifying threats entered her life, she got a reality check and realized that she had to leave the world of poker.  I remember crying with her on the phone and encouraging her to do whatever it took to leave.  I felt very proud of her when she did.

Molly is a wonderful friend. She is hilarious, has an infectious laugh, and is a joy to be around.  She is an incredibly sensitive, kind, loving, and supportive spirit. She wants everyone around her to feel happy and cared for.

I ask that you please take into consideration my comments regarding Molly's character. She is an amazing woman.  I am confident that she will use her intelligence and strength of heart to do something meaningful in the world and contribute as a productive member of society.

Thank you.

Respectfully,

Taylor Phinny