UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                      :

              -v.-                                  :      13 Cr. 268 (JMF)

MOLLY BLOOM,                                  :

           Defendant.                        :

------------------------------------------------------------x

# THE GOVERNMENT'S SENTENCING MEMORANDUM

                          PREET BHARARA
                          United States Attorney
                          Southern District of New York
                          Attorney for the United States of America

Joshua A. Naftalis
Harris M. Fischman
Kristy J. Greenberg
Peter J. Skinner
Assistant United States Attorneys
    *Of Counsel*



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 18, 2014

BY ECF

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York  10007

      Re:    United States v. Molly Bloom,
             13 Cr. 268 (JMF)

Dear Judge Furman:

      The Government respectfully writes in advance of the defendant's sentencing, currently scheduled for May 2, 2014.

      The Offense Conduct

      From approximately 2009 through 2011, Bloom operated a high-stakes illegal poker game in New York City.  Bloom moved from Los Angeles to New York City to operate a the game, and her clients included hedge fund and private equity managers, other Wall Street executives, celebrities, and other wealthy individuals.  The defendant employed other people to assist her in running the gambling operation, including waitresses and dealers.  She was initially paid large tips by her wealthy clients, but after co-defendant Edwin Ting joined her as a partner, she began to take a "rake," or percentage of the pot, as profit.  The pots at these games could reach into the tens, and even hundreds, of thousands of dollars.  (Draft PSR ¶ 14).

      The Plea and Applicable Guidelines Range

      On December 12, 2013, the defendant pled guilty, pursuant to a plea agreement, to Count Twenty of the Indictment, which charged her with operating an illegal gambling business. In connection with the plea, the defendant also agreed to forfeit $125,000.

      In its March 26, 2013 draft Presentence Investigation Report, the Probation Department calculates a Guidelines range of 0 to 6 months' imprisonment.  The Government agrees with this Guidelines calculation, which is consistent with the calculation set forth in the plea agreement.

The Honorable Jesse M. Furman
April 18, 2014
Page 2

### The Appropriate Sentence

Under the factors set forth in 18 U.S.C. § 3553(a), the Government respectfully submits that a sentence within the Guidelines range is appropriate. Specifically, the nature and circumstances of the offense, the history and characteristics of the defendant, the need for the sentence to reflect the seriousness of the offense, the need for the sentence to promote respect for the law, the need for the sentence to provide for just punishment, and the need for the sentence to afford adequate deterrence to criminal conduct, separately and taken together, warrant such a sentence.

The defendant operated a well-known, illegal poker game in Manhattan, which earned her the nickname the "Poker Princess." Huge sums of money were wagered at these games. For a time, her games were likely the biggest games in New York. What is more, the defendant acknowledges that she knew that her conduct constituted at least a misdemeanor offense under New York law.

That said, the Government agrees with the defendant that she is one of the least culpable defendants charged in the Indictment. (Def. Br. 3). The Government also notes that when Ting joined her in running the illegal poker game, he insisted that they rake the game and that he ultimately forced Bloom out of the business. The Government further believes that the defendant is the least culpable of the six defendants who were charged with operating illegal poker games.[1] It is for these reasons that she received a two-level downward adjustment for playing a minor role, pursuant to U.S.S.G. § 3B1.2(b), in her plea agreement — the only illegal poker defendant to receive this adjustment.

Accordingly, the Government respectfully submits that a sentence within the Guidelines range is appropriate.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   /s/
Joshua A. Naftalis
Harris M. Fischman
Kristy J. Greenberg
Peter J. Skinner
Assistant United States Attorneys
(212) 637-2310 / 2305 / 2469 / 2601

cc:   Jim Walden, Esq.

---

[1] In that regard, the Government notes that co-defendant William Barbalat, who the Government submits was more culpable than Bloom, received a probationary sentence.