UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
UNITED STATES OF AMERICA                                     :
                                                             :   13 Cr. 268 (JMF)
        -against-                                            :
                                                             :   **PETITION FOR ANCILLARY**
ILLYA TRINCHER,                                              :   **PROCEEDING OF NICHOLAS**
                                                             :   **SCHULMAN**
                Defendants.                                  :
                                                             :
                                                             :
------------------------------------------------------------ x

Nicholas Schulman, by and through its attorneys, Sheppard, Mullin, Richter & Hampton, LLP, petitions this Court for an ancillary hearing pursuant to Title 21, United States Code, Section 853(n) and asserts its interest as an innocent third party with respect to certain property that has been ordered forfeited to the United States in the above-captioned case, as follows:

1. Mr. Schulman is a professional poker player and a resident of Nevada.

2. Mr. Schulman asserts an ownership interest in $49,250 seized from JP Morgan Chase Bank account number 759078777. This property consists of Mr. Schulman's winnings in legal professional poker games.

3. Mr. Schulman asserts that, pursuant to 21 U.S.C. § 853(n)(6), he has a legal right, title, or interest in the property, and such right, title, or interest renders the order of forfeiture invalid in whole or in part because the right, title, or interest was vested in Mr. Schulman rather than the defendant Illya Trincher at the time of the commission of the acts that gave rise to the forfeiture of the property, because he was a bona fide purchaser for value of the right, title, and interest in the above described property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture, and/or because the government

-2-

cannot establish that the funds used to purchase the property were the proceeds of or traceable to the proceeds of the conduct of conviction.

4. Accordingly, Mr. Schulman seeks relief from this Court's Amended Consent Preliminary Order of Forfeiture as to Specific Property, filed April 21, 2014 (the "Forfeiture Order"), and hereby requests that this Court hold a hearing ancillary to the criminal conviction of Illya Trincher at which the petitioner may present evidence and witnesses on its own behalf pursuant to 21 U.S.C. § 853(n)(5), and further that this Court amend the Forfeiture Order to recognize the ownership interest of Mr. Schulman as set forth herein.

DATED: New York, New York
          August 11, 2014

_____
Kevin R. Puvalowski (KP-0091)
Sarah E. Aberg (SA-2681)
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10007
(212) 634-3033
kpuvalowski@sheppardmullin.com
saberg@sheppardmullin.com
*Counsel for Petitioner*
*Nicholas Schulman*

OATH

State of __Nevada__
County of __Clark__

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: August 11, 2014

*Nicholas Schulman*
Nicholas Schulman

SMRH:202384367.1