**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2014

BY ECF

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re:   United States v. Alimzhan Tokhtakhounov, et al., 13 Cr. 268 (JMF)

Dear Judge Furman:

      The Government and Third Party Petitioner Boris Vaksman respectfully request that the Court adjourn the conference scheduled for tomorrow at 3:30 p.m. to address the third party petitions filed in this matter for an additional 30 days. The Government and Mr. Vaksman, the last remaining petitioner, have agreed to the terms of a settlement of Mr. Vaksman's claim, and are finalizing a Stipulation and Order effectuating that agreement to be submitted to the Court. A brief adjournment will allow the parties to do so without further use of the Court's time. This is the second request for an adjournment of this conference, which was initially scheduled for August 20, 2014.

      Respectfully submitted,

      PREET BHARARA
      United States Attorney

By:    */s/  Alexander Wilson*
      Alexander Wilson
      Assistant United States Attorney
      (212) 637-2453

cc:   Aaron L. Altman, Esq., *counsel for Boris Vaksman* (via ECF)