**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2015

<u>BY ECF</u>

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re:   <u>United States</u> v. <u>Alimzhan Tokhtakhounov, et al.</u>, 13 Cr. 268 (JMF)

Dear Judge Furman:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture as to all defendants in this matter. The relief sought by Third Party Petitioner Boris Vaksman in his letter motion of March 26, 2015, and addressed by the Court in its order of March 27, 2015, is covered by the proposed Order.

                                        Respectfully submitted,

                                        PREET BHARARA
                                        United States Attorney

          By:     */s/ Alexander Wilson*
                  Alexander Wilson
                  Assistant United States Attorney
                  (212) 637-2453