**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 24, 2016

**BY ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Re:   United States v. Alimzhan Tokhtakhounov, et al.
        13 Cr. 268 (JMF)

Dear Judge Furman:

        The Government respectfully requests that Court enter the enclosed Second Final Order of Forfeiture in this matter, concerning additional assets of Villanova Properties, LLC identified during the execution of the Final Order of Forfeiture entered on April 8, 2015.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney
                                Southern District of New York

                        By:   ___ */s/ Alexander Wilson* _____
                                Alexander J. Wilson
                                Assistant United States Attorney
                                Tel. No. (212) 637-2453

cc: All counsel of record (via ECF)